# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 11-1052-JST(RNBx) | Date | October 19, 2011 |
|---|---|---|---|
| Title | KATHERINE JOHNSON, etc. v. WELLS FARGO BANK NA, etc., et al. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Ellen Matheson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL
RETURNABLE: OCTOBER 31, 2011

    Counsel is hereby ordered to show cause in writing no later than **October 31, 2011**, why this case should not be dismissed pursuant to F.R.Civ.P. Rule 41, for lack of prosecution.  No oral argument of this matter will be heard unless ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of an appropriate response.

    On July 21, 2011, the Court granted the parties' stipulation to file a First Amended Complaint no later than August 11, 2011.  To date, no First Amended Complaint has been filed.  Further, a Scheduling Conference is set on the Court's calendar for October 31, 2011, and the deadline to file a Joint 26(f) Report and ADR-1 settlement procedure form has passed.

    The Court will consider  the filing of the First Amended Complaint in accordance with the Federal Rules of Civil Procedure and the Local Rules, on or before the date upon which a response to this Order is due, as a satisfactory response to the Order to Show Cause.

    The Court orders the October 31, 2011 Scheduling Conference vacated.

                                                                                                                                   :

Initials of Preparer   enm