UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 11-1052-JST (RNBx)                                   Date:  July 11, 2012
Title:  Katherine Johnson v. Wells Fargo Bank, NA, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                          Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT, CASE NO. 30-2011-00456754**

   On April 17, 2012, the Court ordered Defendant Wells Fargo Bank, N.A. ("Wells Fargo") to show cause why this case should not be remanded for lack of subject matter jurisdiction. (Doc. 30.)  The Court noted that it had previously concluded that Wells Fargo is a citizen of California, and therefore, the requirement of complete diversity is not met.  (*Id.*)  Wells Fargo filed a response on April 30, 2012.  (Resp. to Order to Show Cause, Doc. 31.)  For the reasons discussed in this Court's Remand Order in *David Tran v. Wells Fargo Bank NA, et al..*, No. 5:12-cv-0016-JST (OPx) (C.D. Cal. Jul. 6, 2012), Doc. 15, the Court reaffirms its earlier conclusion that Wells Fargo is a citizen of California.  Accordingly, the Court concludes that it lacks subject matter jurisdiction, and REMANDS this case to Orange County Superior Court, Case No. 30-2011-00456754.

Initials of Preparer:  enm